United States District Court
Southern District of Texas
FILED

SEP 1 1 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| | § | CIVIL ACTION NO.: B - 0 2 - 1 7 2 |
| VS. | § | |
| | § | |
| STEPHEN ESSES, M.D.; | § | (JURY DEMANDED) |
| F. A. RICHARD & ASSOCIATES, INC.; | § | |
| AND JANE ROSAMOND | § | |

## *NOTICE OF REMOVAL*

NOW COME **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND,** Defendants in the above-styled and numbered cause, and states the following:

1.    Defendants file this Notice of Removal of the above-styled action currently pending in the 103rd Judicial District Court in Cameron County, Texas, Cause No. 2002-08-3094-D, styled: *Juan Escobedo vs. Stephen Esses, M.D., F. A. Richard & Associates, Inc. and Jane Rosamond,* pursuant to 28 U.S.C. §§§ 1331, 1441, and 1446. This Honorable Court has jurisdiction over the action under the aforementioned statutes.

2.    The amount or matter in controversy in this suit exceeds the sum of Seventy-five Thousand ($75,000.00) Dollars exclusive of interest and costs.

3.    This action involves a controversy arising in whole or in part under the laws and statutes of the United States. In particular, Plaintiff has expressly alleged against Defendants violations of 33 U.S.C. § 907, the Longshoremen and Harbor Workers Compensation Act ("LHWCA"). Plaintiff alleges that Defendants have violated the LHWCA in their handling of claims arising under that action, and has further alleged that such conduct is tortious for that reason. Federal question jurisdiction over the subject matter of this suit is therefore proper pursuant to 28 U.S.C. § 1331.

4.      Attached hereto is the index and list of counsel-required under the local rules of this Honorable Court.

5.      True and correct copies of all pleadings and process received by or served on these Defendants, and all pleadings filed in the 103rd Judicial District Court in Cameron County, Texas herein, are attached hereto.

6.      Promptly after the filing of this notice, written notice of such filing will be given by Defendants to all other parties to this action as required by law, and a copy of this notice is also being filed with the Clerk of the District Court, Cameron County, Texas, in which this cause was originally filed.

WHEREFORE PREMISES CONSIDERED, Defendants, **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND**, ask that this Court effect the removal of this action from the 103rd Judicial District Court in Cameron County, Texas, to this Court, and for such other relief to which these Defendants are justly entitled.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
      **DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
Tel:  361/ 884-2037
Fax:  361/ 884-5239

**Vaughan E. Waters**
Federal ID. No. 9206
State Bar No. 20916700
*ATTORNEY FOR DEFENDANTS,*
*F. A. RICHARD & ASSOCIATES, INC. AND*
*JANE ROSAMOND*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the ___10th___ day of September, 2002.

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas   78520
*Attorney for Plaintiff*

_____
Vaughan E. Waters

```
RUN DATE 09/06/02                                                    PAGE: 01
RUN TIME 1:26 PM                                                     2002-08-003094-D

                    * * * C L E R K ' S   E N T R I E S * * *

STEPHEN ESSES, M.D., F.A. RICHARD & ASSOCIATES, INC.        THORNTON, ET AL(CORP
                                                            SURVEYORS, ET AL(CORP
JUAN ESCOBEDO
   VS

00549801                                      (1C)                    08   02   02
MICHAEL R. COWEN                              DAMAGES
765 E. 7TH STREET, SUITE A
BROWNSVILLE, TX.   78520 0000

00031509                                                                  30.00
VAUGHAN WATERS
500 NORTH SHORELINE BLVD
CORPUS CHRISTI, TX   78471 1010

06/02/02   ORIGINAL PETITION FILED
08/07/02   CITATION: STEPHEN ESSES, M.D.
08/07/02   CITATION:
08/07/02   SERVED:
08/07/02   CITATION: F.A. RICHARD & ASSOCIATES.
08/07/02   SERVED: 08/12/02      FILED: 08/20/02
08/07/02   CITATION: JANE ROSAMOND
08/07/02   SERVED: 08/13/02      FILED: 08/15/02
08/07/02   ORIGINAL ANSWER: F.A. RICHARD &
           ASSOCIATES, INC.
08/28/02   ORIGINAL ANSWER: JANE ROSAMOND
08/28/02   DEFENDANTS F.A. RICHARD & ASSOCIATES,
           INC. AND JANE ROSAMOND'S
08/28/02   JURY DEMAND
08/28/02   JURY FEE PD. BY VAUGHAN WATERS
08/28/02   DEFTS F.A.RICHARD & ASSOCIATES, INC. &
           JANE ROSAMOND'S JURY
08/28/02   DEMAND /CHARGED
```

**COPY**

CAUSE NO. _2002-08-3094-D_

FILED _____ O'CLOCK ___ X ___
AURORA DE LA GARZA DIST. CLK

AUG 0 2 2002

DISTRICT COURT OF CAMERON COUNTY, T
CEP

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| STEPHEN ESSES, M.D., | § | |
| F.A. RICHARD & ASSOCIATES, INC. | § | _108_ JUDICIAL DISTRICT |
| and JANE ROSAMOND | § | |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **JUAN ESCOBEDO**, Plaintiff, and files this its Plaintiff's Original Petition,

complaining of Defendants Stephen Esses, M.D., F.A. Richard & Associates, Inc. and its employee,

Jane Rosamond. For cause of action, Plaintiff would show the Honorable Court as follows:

### I.

### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery pursuant to a level three discovery control plan.

### II.

### PARTIES

Plaintiff is a resident of Cameron County, Texas.

Defendant Stephen Esses, M.D. is a physician residing in Harris County, Texas. He may be

served at 6560 Fannin Street, Suite 1900, Houston, Texas 77030.

Defendant F.A. Richard & Associates, Inc. is a corporation doing business in Cameron

County, Texas. It may be served through its registered agent, CT Corporation System, 350 N. St.

Paul Street, Suite 2900, Dallas, Texas 75201.

Defendant Jane Rosamond is an individual residing in Cameron County, Texas. She may

be served at her address, P.O. Box 3545, South Padre Island, Texas 78597-3545, or at Amfels

Shipyard in Brownsville, Texas.

## III.

## VENUE

Venue is proper in Cameron County, Texas because Defendant Rosamond resides in the county.

## IV.

## FACTS

Plaintiff was injured while working at Amfels, and was covered under the LHWCA. He chose Dr. Madhavan Pisharodi as his treating physician. Due to the injuries he sustained, Plaintiff needed a two-level diskectomy, fusion, and instrumentation in his lumbar spine.

Defendant Rosamond, in the course and scope of her employment with Defendant F.A. Richard, adjusted Plaintiff's claim. Despite clear evidence that Plaintiff needed a two-level diskectomy, fusion, and instrumentation, Defendant Rosamond conspired to save the insurance company money by denying Plaintiff the surgery he truly needed. She also conspired to have Plaintiff get another doctor, because she knew that Dr. Pisharodi would not give in to insurance company pressure and put profits ahead of his patients.

Defendant Rosamond forced Plaintiff to see Defendant Esses. Dr. Esses first orally agreed with Dr. Pisharodi that Plaintiff needed a two-level diskectomy, fusion, and instrumentation. However, after speaking to a person who Plaintiff believes to be Rosamond, he was persuaded to falsely state that Plaintiff really only needed a simple single-level diskectomy.

Plaintiff had a two-level diskectomy. However, due to Defendants' misfeasance and malfeasance, he did not get a fusion and instrumentation because Defendants would not approve it. Predictably, the diskectomy did not relieve his severe back pain.

In November 2000, Defendant Esses finally performed an instrumented spinal fusion. However, he did not use cross links to stabilize the fusion. As a result, the surgery failed to give Plaintiff relief. Had Defendant Esses properly performed the surgery by using cross links, in reasonable medical probability the surgery would have succeeded in alleviating Plaintiff's severe and debilitating back pain.

## V.

## CAUSE OF ACTION

Defendants have tortiously interfered with Plaintiff's contractual relations. Plaintiff was a third-party beneficiary of the insurance contract between his employer and the LHWCA insurer. Under the contract, he had a right to receive the medical benefits he needed, including a two-level disckectomy and fusion with instrumentation. Defendants tortiously interfered with these rights by conspiring to prevent him from receiving the benefits to which he was entitled. As a direct and proximate result of Defendants' misfeasance, Plaintiff has suffered damages in an amount in excess of this Court's jurisdictional minimum.

Defendant Esses was negligent in not recommending the proper procedure the begin with, and in failing to use a cross-brace in performing the fusion. This misfeasance proximately caused Plaintiff's damages.

Defendants Rosamond and F.A. Richard violated Article 21.21 of the Texas Insurance Code. Plaintiff sues for these violations.

All Defendants conspired with one another to commit the above-described tortious and illegal acts. As such, they are all vicariously liable for each other's conduct.

Defendant F.A. Richard is vicariously liable for the conduct of Defendant Rosamond under the doctrine of respondeat superior.

Further, Defendants have acted with malice, as that term is defined by Chapter 41 of the Texas Civil Practice and Remedies Code. Therefore, Plaintiff also seeks to recover exemplary damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that citations be issued and Defendants be served, and that upon trial on the merits Plaintiff have judgment against Defendants, jointly and severally, for actual damages, exemplary damages, prejudgment interest, postjudgment interest and court costs.

RESPECTFULLY SUBMITTED,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
Texas Bar No. 00795306

## CITATION OF DEFENDANT - STEPHEN ESSES, M.D.

## TO BE SUPPLEMENTED


CT System

Service of Process Transmittal Form

**Dallas, Texas**

**08/12/2002**

**Via Federal Express (2nd Day)**

TO: Camilla Davis
F. A. Richard & Associates, Inc.
2360 Fifth Avenue
Suite 100
Mandeville, LA 70471

RE:     **PROCESS SERVED IN TEXAS**

FOR     F. A. Richard & Associates of Houston, Inc. Domestic State: Tx

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

1. TITLE OF ACTION:           Juan Escobedo vs Stephen Esses, M.D., et al incl F.A. Richard & Associates, Inc.

2. DOCUMENT(S) SERVED:        Citation, Original petition

3. COURT:                     JDC, Cameron County
                              Case Number 2002083094D

4. NATURE OF ACTION:          Alleges pltf did not receive the medical treatment that he is entitled to under TWCC
                              rules/laws.

5. ON WHOM PROCESS WAS SERVED: CT Corporation System, Dallas, Texas

6. DATE AND HOUR OF SERVICE:  By Process server on 08/12/2002 at 15:30

7. APPEARANCE OR ANSWER DUE:  10:00 a.m. Monday next after expiration of 20 days

8. ATTORNEY(S):               Michael R Cowen PC
                              765 E 7th St., Ste A
                              Brownsville, tX 78520

9. REMARKS:          Name discrepancy noted.



**RECEIVED**
AUG 1 4 2002
F. A. RICHARD & ASSOC.
MANDEVILLE, LA.

SIGNED      CT Corporation System

PER         Barbara Ann Pfister
ADDRESS     350 North St. Paul Street
            Dallas, TX 75201
            SOP WS 0004702941

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

3:30

Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>   Lit. Seq. # <u>5.003.01</u>

No. <u>2002-08-003094-D</u>

T H E   S T A T E   O F   T E X A S

**COPY**
**DELIVERED BY** ~~
**DATE** 8/12/02

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: <u>F.A. RICHARD & ASSOCIATES, INC.</u>
    <u>REGISTERED AGENT</u>
    <u>CT CORPORATION SYSTEM</u>
    <u>350 N. ST. PAUL ST.,STE. 2900</u>
    <u>DALLAS, TEXAS 75201</u>

the _____<u>DEFENDANT</u>_____, GREETING:

    You are commanded to appear by filing a written answer to the

<u>PLAINTIFF'S ORIGINAL PETITION</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>103rd</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____<u>PETITION</u>_____ was filed on <u>AUGUST 02, 2002</u>.  A copy of same accompanies this citation.

The file number of said suit being No. <u>2002-08-003094-D</u>.

The style of the case is:

<u>JUAN ESCOBEDO</u>
VS.
<u>STEPHEN ESSES, M.D.,F.A RICHARD & ASSOCIATES, INC.</u>

R E T U R N   O F   O F F I C E R

Came to hand the _____ day of _____, _____, at _____ o'clock __.M., and executed (not executed) on the _____ day of _____, _____, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____

Cause of failure to execute this citation is: _____

Citation for Personal Service  - GENERAL                    Lit. Seq. # 5.004.01

No. 2002-08-003094-D                    **COPY**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued thi citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may b taken against you.

TO: JANE ROSAMOND
    P.O. BOX 3545
    SOUTH PADRE ISLAND, TX 78597
    OR AMFELS SHIPYARD

the        DEFENDANT       , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of sai county in Brownsville, Texas.  Said _____ PETITION _____ was filed on _AUGUST 02, 2002_ .  A copy of same accompanies this citation.

The file number of said suit being No. 2002-08-003094-D.

The style of the case is:

STEPHEN ESSES, M.D., F.A RICHARD & ASSOCIATES, INC.
JUAN ESCOBEDO
VS.

Said petition was filed in said court by _____ MICHAEL R. COWEN ____ (Attorney for _____ PLAINTIFF _____), whose address is 765 E. 7TH STREET, SUITE A BROWNSVILLE, TX.  78520

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the _7th_ day of _AUGUST_ , A.D. 2002.

AURORA DE LA GARZA       , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

_____ , Deputy

RETURN OF OFFICER

Came to hand the _____ day of _____, _____, at _____ o'clock __.M., and executed (not executed) on the _____ day of _____, _____, by delivering to _____ in person a true copy of this Citation upon which I endorsed the date of delivery, together with the accompanying copy of the _____

Cause of failure to execute this citation is: _____
_____

FEES serving 1 copy
Total....... $_____

Fees paid by:_____

Sheriff/constable _____ County, TEXAS

DELIVERED THIS / DAY OF ___ -02 _____ Deput
BY
PROFESSIONAL CIVIL PROCESS

FILED 470 O'CLOCK ___ A\ k
AURORA DE LA GARZA DIST. CLERK

CAUSE NO: 2002-08-3094-D

AUG 28 2002

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | IN THE DISTRICT COURT |
| | § | DISTRICT COURT OF CAMERON COUNTY, TEXAS |
| VS. | § | 103rd JUDICIAL DISTRICT |
| | § | DEPUTY |
| STEPHEN ESSES, M.D., | § | |
| F.A. RICHARD & ASSOCIATES, INC. and | § | |
| JANE ROSAMOND | § | CAMERON COUNTY, TEXAS |

## *DEFENDANTS F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND'S ORIGINAL ANSWER*

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **F. A. RICHARD & ASSOCIATES, INC.** and **JANE ROSAMOND,** Defendants in the above styled and numbered cause, and files this their Original Answer, and in support thereof would respectfully show this Honorable Court as follows:

### I.

Subject to such stipulations and admissions as may hereinafter be made, Defendants assert a general denial as is authorized by Rule 92 of the Tex.R.Civ.P., and Defendants respectfully request that Plaintiff be required to prove the charges and allegations made against Defendants by a preponderance of the evidence as is required by the Constitution and Laws of the State of Texas; and Defendants request a trial by jury.

### II.

Defendants specifically plead and reserve the following rights as guaranteed by Texas law:

a)    The right to elect the application of credit toward any judgment which may be obtained in this case;

b)    The right to a determination by the trier of fact on the issues of the percentage responsibility of each Plaintiff, each Defendant, each contributing Defendant and each settling person; .

c)    The right to a full reduction or limitation of any sums which may be recovered by Plaintiffs; and

d)    The right to contribution from any other person or entity found to be liable to Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that upon a final hearing hereof, Plaintiff recover nothing of and from Defendants and that the Court enter a judgment that Defendants go hence without day with all costs of Court and expenses incurred herein; and for all such further relief, general, special, legal, and equitable, which might be appropriate.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471
361/884-2037 Fax No. 361/884-5239   -

Vaughan E. Waters
State Bar No. 20916700
*Attorneys for Defendants F. A. Richard &
Associates, Inc., and Jane Rosamond*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure, on this the _23rd_ day of August, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Vaughan E. Waters

FILED _____
AURORA DE LA GARZA DIST. CLERK

AUG 2 8 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

CAUSE NO: 2002-08-3094-D

JUAN ESCOBEDO                    §        IN THE DISTRICT COURT
                                 §
VS.                              §        103rd JUDICIAL DISTRICT
                                 §
STEPHEN ESSES, M.D.,             §
F.A. RICHARD & ASSOCIATES, INC. and §
JANE ROSAMOND                    §        CAMERON COUNTY, TEXAS

## DEFENDANTS F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME F.A. RICHARD & ASSOCIATES, INC., and JANE ROSAMOND, Defendants, in the above styled and numbered cause and files this their JURY DEMAND, and request that this case be set for trial before a jury.

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.
Bank of America - Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471
361/884-2037 Fax No. 361/884-5239

SBN 24007292

Vaughan E. Waters
State Bar No. 20916700
*Attorneys for Defendants F. A. Richard &*
*Associates, Inc., and Jane Rosamond*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure, on this the 23rd day of August, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
By Vaughan E. Waters

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JUAN ESCOBEDO** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.:_____** |
| | § | |
| **STEPHEN ESSES, M.D.;** | § | |
| **F. A. RICHARD & ASSOCIATES, INC.;** | § | |
| **AND JANE ROSAMOND** | § | |

## *NOTICE OF REMOVAL TO PLAINTIFF*

TO:    **JUAN ESCOBEDO**, Plaintiff, by and through his attorney of record, Mr. Michael R. Cowen, MICHAEL R. COWEN, P.C., 765 E. 7th Street, Suite A, Brownsville, Texas 78520.

Please take notice that the civil action, in which JUAN ESCOBEDO is named as a Plaintiff, brought in Cause No. 2002-08-3094-D, in the 103rd Judicial District Court in Cameron County, Texas, styled: " *Juan Escobedo vs. Stephen Esses, M.D., F. A. Richard & Associates, Inc. and Jane Rosamond* ", has been removed from that Court to the United States District Court for the Southern District of Texas, Brownsville Division, effective the ___10th___ day of September, 2002. On this day, a Notice of Removal, a copy of which is attached and hereby marked as **Exhibit "A"** and incorporated herein by reference, was filed with the Clerk of the United States District Court, and a copy of the Notice of Removal has been filed with the Clerk of the State Court, effecting removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
Tel:  361/ 884-2037
Fax:  361/ 884-5239

_____
**Vaughan E. Waters**
Federal ID. No. 9206
State Bar No. 20916700

*ATTORNEY FOR DEFENDANTS,
F. A. RICHARD & ASSOCIATES, INC. AND
JANE ROSAMOND*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the ___10th___ day of September, 2002.

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas  78520
*Attorney for Plaintiff*

_____
Vaughan E. Waters

*Page - 2 -*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.:_____ |
| | § | |
| STEPHEN ESSES, M.D.; | § | (JURY DEMANDED) |
| F. A. RICHARD & ASSOCIATES, INC.; | § | |
| AND JANE ROSAMOND | § | |

## *NOTICE OF REMOVAL*

NOW COME **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND,**

Defendants in the above-styled and numbered cause, and states the following:

1.      Defendants file this Notice of Removal of the above-styled action currently pending

in the 103rd Judicial District Court in Cameron County, Texas, Cause No. 2002-08-3094-D, styled:

*Juan Escobedo vs. Stephen Esses, M.D., F. A. Richard & Associates, Inc. and Jane Rosamond,*

pursuant to 28 U.S.C. §§§ 1331, 1441, and 1446.  This Honorable Court has jurisdiction over the

action under the aforementioned statutes.

2.      The amount or matter in controversy in this suit exceeds the sum of Seventy-five

Thousand ($75,000.00) Dollars exclusive of interest and costs.

3.      This action involves a controversy arising in whole or in part under the laws and

statutes of the United States.  In particular, Plaintiff has expressly alleged against Defendants

violations of 33 U.S.C. § 907, the Longshoremen and Harbor Workers Compensation Act

("LHWCA").  Plaintiff alleges that Defendants have violated the LHWCA in their handling of

claims arising under that action, and has further alleged that such conduct is tortious for that reason.

Federal question jurisdiction over the subject matter of this suit is therefore proper pursuant to 28

U.S.C. § 1331.

EXHIBIT

A

*Page - 1 -*

4.    Attached hereto is the index and list of counsel required under the local rules of this Honorable Court.

5.    True and correct copies of all pleadings and process received by or served on these Defendants, and all pleadings filed in the 103rd Judicial District Court in Cameron County, Texas herein, are attached hereto.

6.    Promptly after the filing of this notice, written notice of such filing will be given by Defendants to all other parties to this action as required by law, and a copy of this notice is also being filed with the Clerk of the District Court, Cameron County, Texas, in which this cause was originally filed.

WHEREFORE PREMISES CONSIDERED, Defendants, **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND**, ask that this Court effect the removal of this action from the 103rd Judicial District Court in Cameron County, Texas, to this Court, and for such other relief to which these Defendants are justly entitled.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
**DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
Tel:  361/ 884-2037
Fax: 361/ 884-5239

**Vaughan E. Waters**
Federal ID. No. 9206
State Bar No. 20916700
*ATTORNEY FOR DEFENDANTS,*
*F. A. RICHARD & ASSOCIATES, INC. AND*
*JANE ROSAMOND*

*Page - 2 -*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the ___10th___ day of

September, 2002.

      Mr. Michael R. Cowen
      MICHAEL R. COWEN, P.C.
      765 E. 7th Street, Suite A
      Brownsville, Texas   78520
      *Attorney for Plaintiff*

                Vaughan E. Waters

RUN DATE 09/06/02
RUN TIME 1:26 PM

PAGE: 01

* * * * C L E R K ' S   E N T R I E S * * * *

2002-08-0003094-D

JUAN ESCOBEDO

VS

STEPHEN ESSES, M.D., F.A. RICHARD & ASSOCIATES, INC.

00549801
MICHAEL R. COWEN
765 E. 7TH STREET,    SUITE A
BROWNSVILLE, TX.    78520 0000

(1C)    08    02    02

DAMAGES

00031509
VAUGHAN WATERS
500 NORTH SHORELINE BLVD
CORPUS CHRISTI, TX    78471 1010

30.00

THORNTON,
SUMMERS, ET AL (CORP

06/02/02 ORIGINAL PETITION FILED
08/07/02 CITATION: STEPHEN ESSES, M.D.
08/07/02    SERVED:
08/07/02 CITATION: F.A. RICHARD & ASSOCIATES,
08/07/02 INC.
08/07/02    SERVED: 08/12/02    FILED: 08/20/02
08/07/02 CITATION: JANE ROSAMOND
08/07/02    SERVED: 08/13/02    FILED: 08/15/02
08/07/02 ORIGINAL ANSWER: F.A. RICHARD &
08/07/02 ASSOCIATES, INC.
08/28/02 ORIGINAL ANSWER: JANE ROSAMOND
08/28/02 DEFENDANTS F.A. RICHARD & ASSOCIATES,
08/28/02 INC. AND JANE ROSAMOND'S
08/28/02    JURY DEMAND
08/28/02 JURY FEE: Pd. by VAUGHAN WATERS
08/28/02 DEFTS F.A.RICHARD & ASSOCIATES, INC. &
08/28/02 JANE ROSAMOND'S JURY
08/28/02 DEMAND /CRAWFORD

**CCPY**

CAUSE NO. _2002-08-3094-D_

AUG 0 2 2002

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| STEPHEN ESSES, M.D., | § | |
| F.A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | _105_ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **JUAN ESCOBEDO**, Plaintiff, and files this its Plaintiff's Original Petition,

complaining of Defendants Stephen Esses, M.D., F.A. Richard & Associates, Inc. and its employee,

Jane Rosamond. For cause of action, Plaintiff would show the Honorable Court as follows:

### I.

### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery pursuant to a level three discovery control plan.

### II.

### PARTIES

Plaintiff is a resident of Cameron County, Texas.

Defendant Stephen Esses, M.D. is a physician residing in Harris County, Texas. He may be

served at 6560 Fannin Street, Suite 1900, Houston, Texas 77030.

Defendant F.A. Richard & Associates, Inc. is a corporation doing business in Cameron

County, Texas. It may be served through its registered agent, CT Corporation System, 350 N. St.

Paul Street, Suite 2900, Dallas, Texas 75201.

Defendant Jane Rosamond is an individual residing in Cameron County, Texas. She may

be served at her address, P.O. Box 3545, South Padre Island, Texas 78597-3545, or at Amfels

Shipyard in Brownsville, Texas.

## III.

## VENUE

Venue is proper in Cameron County, Texas because Defendant Rosamond resides in the county.

## IV.

## FACTS

Plaintiff was injured while working at Amfels, and was covered under the LHWCA. He chose Dr. Madhavan Pisharodi as his treating physician. Due to the injuries he sustained, Plaintiff needed a two-level diskectomy, fusion, and instrumentation in his lumbar spine.

Defendant Rosamond, in the course and scope of her employment with Defendant F.A. Richard, adjusted Plaintiff's claim. Despite clear evidence that Plaintiff needed a two-level diskectomy, fusion, and instrumentation, Defendant Rosamond conspired to save the insurance company money by denying Plaintiff the surgery he truly needed. She also conspired to have Plaintiff get another doctor, because she knew that Dr. Pisharodi would not give in to insurance company pressure and put profits ahead of his patients.

Defendant Rosamond forced Plaintiff to see Defendant Esses. Dr. Esses first orally agreed with Dr. Pisharodi that Plaintiff needed a two-level diskectomy, fusion, and instrumentation. However, after speaking to a person who Plaintiff believes to be Rosamond, he was persuaded to falsely state that Plaintiff really only needed a simple single-level diskectomy.

Plaintiff had a two-level diskectomy. However, due to Defendants' misfeasance and malfeasance, he did not get a fusion and instrumentation because Defendants would not approve it. Predictably, the diskectomy did not relieve his severe back pain.

In November 2000, Defendant Esses finally performed an instrumented spinal fusion. However, he did not use cross links to stabilize the fusion. As a result, the surgery failed to give Plaintiff relief. Had Defendant Esses properly performed the surgery by using cross links, in reasonable medical probability the surgery would have succeeded in alleviating Plaintiff's severe and debilitating back pain.

## V.

## CAUSE OF ACTION

Defendants have tortiously interfered with Plaintiff's contractual relations. Plaintiff was a third-party beneficiary of the insurance contract between his employer and the LHWCA insurer. Under the contract, he had a right to receive the medical benefits he needed, including a two-level disckectomy and fusion with instrumentation. Defendants tortiously interfered with these rights by conspiring to prevent him from receiving the benefits to which he was entitled. As a direct and proximate result of Defendants' misfeasance, Plaintiff has suffered damages in an amount in excess of this Court's jurisdictional minimum.

Defendant Esses was negligent in not recommending the proper procedure the begin with, and in failing to use a cross-brace in performing the fusion. This misfeasance proximately caused Plaintiff's damages.

Defendants Rosamond and F.A. Richard violated Article 21.21 of the Texas Insurance Code. Plaintiff sues for these violations.

All Defendants conspired with one another to commit the above-described tortious and illegal acts. As such, they are all vicariously liable for each other's conduct.

Defendant F.A. Richard is vicariously liable for the conduct of Defendant Rosamond under the doctrine of respondeat superior.

Further, Defendants have acted with malice, as that term is defined by Chapter 41 of the Texas Civil Practice and Remedies Code. Therefore, Plaintiff also seeks to recover exemplary damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that citations be issued and Defendants be served, and that upon trial on the merits Plaintiff have judgment against Defendants, jointly and severally, for actual damages, exemplary damages, prejudgment interest, postjudgment interest and court costs.

RESPECTFULLY SUBMITTED,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
Michael R. Cowen
Texas Bar No. 00795306

**CITATION OF DEFENDANT - STEPHEN ESSES, M.D.**

**TO BE SUPPLEMENTED**

CT System

**Service of Process Transmittal Form**
Dallas, Texas

08/12/2002
Via Federal Express (2nd Day)

TO: Camilla Davis
F. A. Richard & Associates, Inc.
2360 Fifth Avenue
Suite 100
Mandeville, LA  70471

RE:    **PROCESS SERVED IN TEXAS**

FOR       F. A. Richard & Associates of Houston, Inc. Domestic State: Tx

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

1. TITLE OF ACTION:           Juan Escobedo vs Stephen Esses, M.D., et al incl F.A. Richard & Associates, Inc.

2. DOCUMENT(S) SERVED:      Citation, Original petition

3. COURT:                    JDC, Cameron County
                             Case Number 2002083094D

4. NATURE OF ACTION:         Alleges pltf did not receive the medical treatment that he is entitled to under TWCC
                             rules/laws.

5. ON WHOM PROCESS WAS SERVED:   CT Corporation System, Dallas, Texas

6. DATE AND HOUR OF SERVICE:    By Process server on 08/12/2002 at 15:30

7. APPEARANCE OR ANSWER DUE:    10:00 a.m. Monday next after expiration of 20 days

8. ATTORNEY(S):       Michael R Cowen PC
                      765 E 7th St., Ste A
                      Brownsville, tX  78520

9. REMARKS:        Name discrepancy noted.



RECEIVED
AUG 1 4 2002
F. A. RICHARD & ASSOC.
MANDEVILLE, LA.

SIGNED     CT Corporation System

PER        Barbara Ann Pfister
ADDRESS    350 North St. Paul Street
           Dallas, TX  75201
           SOP WS 0004702941

Information contained on this transmittal form is recorded for C T Corporation System's record keeping  purposes only and to permit quick reference
for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any
information that can be obtained from the documents themselves. The  recipient is responsible for interpreting the documents and for taking the
appropriate action.

3.30

Citation for Personal Service - <u>NON-RESIDENT NOTICE</u>    Lit. Seq. # <u>5.003.01</u>

No. <u>2002-08-003094-D</u>

T H E    S T A T E    O F    T E X A S

**COPY**
**DELIVERED BY** ~~JP~~
**DATE** <u>8/12/02</u>

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: <u>F.A. RICHARD & ASSOCIATES, INC.</u>
<u>REGISTERED AGENT</u>
<u>CT CORPORATION SYSTEM</u>
<u>350 N. ST. PAUL ST., STE. 2900</u>
<u>DALLAS, TEXAS 75201</u>

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

<u>PLAINTIFF'S ORIGINAL PETITION</u>

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court <u>103rd</u> Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on <u>AUGUST 02, 2002</u>. A copy of same accompanies this citation.

The file number of said suit being No. <u>2002-08-003094-D</u>.

The style of the case is:

JUAN ESCOBEDO
VS.
STEPHEN ESSES, M.D., F.A RICHARD & ASSOCIATES, INC.

R E T U R N    O F    O F F I C E R

Came to hand the _____ day of _____, _____, at _____ o'clock __.M., and executed (not executed) on the _____ day of _____, _____, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____

Cause of failure to execute this citation is: _____

Citation for Personal Service  - GENERAL                    Lit. Seq. # 5.004.01

No. 2002-08-003094-D                    **COPY**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: JANE ROSAMOND
    P.O. BOX 3545
    SOUTH PADRE ISLAND,TX 78597
    OR AMFELS SHIPYARD

the        DEFENDANT        , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said        PETITION        was filed on AUGUST 02, 2002 .  A copy of same accompanies this citation.

The file number of said suit being No. 2002-08-003094-D.

The style of the case is:

JUAN ESCOBEDO
VS.
STEPHEN ESSES, M.D.,F.A RICHARD & ASSOCIATES, INC.

Said petition was filed in said court by        MICHAEL R. COWEN
(Attorney for        PLAINTIFF        ), whose address is
765 E. 7TH STREET, SUITE A BROWNSVILLE, TX.  78520

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 7th day of AUGUST , A.D. 2002.

AURORA DE LA GARZA        , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

_____ , Deputy

R E T U R N   O F   O F F I C E R

Came to hand the _____ day of _____, _____, at _____ o'clock ___.M., and

executed (not executed) on the _____ day of _____, _____, by delivering to

_____ in person a true copy of this Citation

upon which I endorsed the date of delivery, together with the accompanying copy

of the _____

Cause of failure to execute this citation is: _____

_____

FEES serving 1 copy

Total....... $_____          Sheriff/constable _____ County, TEXAS

Fees paid by:_____                                                    Deput

DELIVERED THIS /_ DAY OF _____ 02

BY _____

PROFESSIONAL CIVIL PROCESS

FILED _____ _____ _____
AURORA DE LA GARZA DIST. CLERK

AUG 2 8 2002

CAUSE NO: 2002-08-3094-D

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | IN THE DISTRICT COURT |
| | § | DISTRICT COURT OF CAMERON COUNTY, TEXAS |
| VS. | § | 103rd JUDICIAL DISTRICT    DEPUTY |
| | § | |
| STEPHEN ESSES, M.D., | § | |
| F.A. RICHARD & ASSOCIATES, INC. and | § | |
| JANE ROSAMOND | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **F. A. RICHARD & ASSOCIATES**, INC. and **JANE ROSAMOND**, Defendants in the above styled and numbered cause, and files this their Original Answer, and in support thereof would respectfully show this Honorable Court as follows:

### I.

Subject to such stipulations and admissions as may hereinafter be made, Defendants assert a general denial as is authorized by Rule 92 of the Tex.R.Civ.P., and Defendants respectfully request that Plaintiff be required to prove the charges and allegations made against Defendants by a preponderance of the evidence as is required by the Constitution and Laws of the State of Texas; and Defendants request a trial by jury.

### II.

Defendants specifically plead and reserve the following rights as guaranteed by Texas law:

a)    The right to elect the application of credit toward any judgment which may be

    obtained in this case;

b)     The right to a determination by the trier of fact on the issues of the percentage

responsibility of each Plaintiff, each Defendant, each contributing Defendant and

each settling person;

c)     The right to a full reduction or limitation of any sums which may be recovered by

Plaintiffs; and

d)     The right to contribution from any other person or entity found to be liable to

Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that upon a final hearing

hereof, Plaintiff recover nothing of and from Defendants and that the Court enter a judgment that

Defendants go hence without day with all costs of Court and expenses incurred herein; and for all

such further relief, general, special, legal, and equitable, which might be appropriate.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471
361/884-2037 Fax No. 361/884-5239

Vaughan E. Waters
State Bar No. 20916700
*Attorneys for Defendants F. A. Richard &
Associates, Inc., and Jane Rosamond*

*Page - 2 -*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Texas Rules of Civil Procedure, on this the _23rd_ day of August,

2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Vaughan E. Waters

FILED _____ M
AURORA DE LA GARZA DIST. CLERK

AUG 2 8 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

CAUSE NO: 2002-08-3094-D

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 103rd JUDICIAL DISTRICT |
| | § | |
| STEPHEN ESSES, M.D., | § | |
| F.A. RICHARD & ASSOCIATES, INC. and | § | |
| JANE ROSAMOND | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **F.A. RICHARD & ASSOCIATES, INC.,** and **JANE ROSAMOND,** Defendants, in the above styled and numbered cause and files this their JURY DEMAND, and request that this case be set for trial before a jury.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471
361/884-2037 Fax No. 361/884-5239

SBNo 4007292

Vaughan E. Waters
State Bar No. 20916700
*Attorneys for Defendants F. A. Richard &
Associates, Inc., and Jane Rosamond*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Texas Rules of Civil Procedure, on this the $23^{nd}$ day of August, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Vaughan E. Waters

United States District Court
Southern District of Texas
FILED

SEP 1 1 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| | § | B - 0 2 - 1 7 2 |
| VS. | § | CIVIL ACTION NO.:_____ |
| | § | |
| STEPHEN ESSES, M.D.; | § | |
| F. A. RICHARD & ASSOCIATES, INC.; | § | |
| AND JANE ROSAMOND | § | |

## *INDEX*

1.   Civil Cover Sheet.

2.   Counsel of Record.

3.   Defendants, **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND's**
     Notice of Removal with copies of pertinent State Court pleadings as follows:

     a.   Civil Docket Sheet;

     b.   Plaintiff's Original Petition;

     c.   Citation of Stephen Esses, M.D. [to be supplemented];

     d.   Citation served on F. A. Richard & Associates, Inc.;

     e.   Citation served on Jane Rosamond;

     f.   Defendants, F. A. Richard & Associates, Inc. and Jane Rosamond's Original
     Answer; and

     g.   Defendants, F. A. Richard & Associates, Inc. and Jane Rosamond's Jury
     Demand

4.   Notice of Removal to Plaintiff.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,**
  **DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
Tel:  361/ 884-2037
Fax: 361/ 884-5239


_____
**Vaughan E. Waters**
Federal ID. No. 9206
State Bar No. 20916700

***ATTORNEY FOR DEFENDANTS,***
***F. A. RICHARD & ASSOCIATES, INC. AND***
***JANE ROSAMOND***


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the ____10th____ day of

September, 2002.

    Mr. Michael R. Cowen
    MICHAEL R. COWEN, P.C.
    765 E. 7th Street, Suite A
    Brownsville, Texas   78520
    ***Attorney for Plaintiff***


_____
Vaughan E. Waters


*Page - 2 -*

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Juan Escobedo

## DEFENDANTS
Stephen Esses, M.D.;
F. A. Richard & Associates, Inc.; and
Jane Rosamond

(b) County of Residence of First **Cameron County, TX**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **Harris County, TX**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Ste. A
Brownsville, TX  78520
Tel:  (956) 541-4981      Fax:  (956) 504-3674

Attorneys (If Known)
Stephen Esses, M.D. - no attorney of record
F. A. Richard & Associates, Inc. & Jane Rosamond - Vaughan E. Waters,
Thornton, Summers, Biechlin, Dunham & Brown, L.C., Bank of America-
Ste. 1000, 500 N. Blvd., Corpus Christi, TX  78471
Tel:  (361) 884-2037      Fax:  (361) 884-5239

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury— | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | Injury | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | | or Defendant) | Determination Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 871 IRS—Third Party | Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | X 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- X 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Diversity jurisdiction, 28 U.S.C. § 1331, 1441 and 1442 - Plaintiff brings an action alleging violations of 33 U.S.C. § 907, Longshoreman & Harbor Workers Compensation Act and medical malpractice.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Unspecified

CHECK YES only if demanded in complaint:
JURY DEMAND:  X Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE  N/A                DOCKET NUMBER

DATE  09-10-02

SIGNATURE OF ATTORNEY OF RECORD  Vaughan E. Waters

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUN _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JUAN ESCOBEDO** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.:_____** |
| | § | |
| **STEPHEN ESSES, M.D.;** | § | |
| **F. A. RICHARD & ASSOCIATES, INC.;** | § | |
| **AND JANE ROSAMOND** | § | |

## *COUNSEL OF RECORD*

(1)    Michael R. Cowen
         State Bar No. 00795306
         Federal ID No. [unknown]
         Michael R. Cowen, P.C.
         765 E. 7th Street, Suite A
         Brownsville, Texas   78520
         Tel:  (956) 541-4981
         Fax: (956) 504-3674
         *Attorney for Plaintiff - Juan Escobedo*

(2)    Vaughan E. Waters
         State Bar No. 20916700
         Federal ID. No. 9206
         Thornton, Summers, Biechlin,
             Dunham & Brown, L.C.
         Bank of America - Suite 1000
         500 North Shoreline Blvd.
         Corpus Christi, Texas 78471
         Tel:  (361) 884-2037
         Fax: (361) 884-5239
         *Attorney for Defendants - F. A. Richard & Associates, Inc. and Jane Rosamond*

(3)    Stephen Esses, M.D.
         *Defendant has not made an appearance in this cause to the best of our knowledge*

*Page - 1 -*

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
Tel:  361/ 884-2037
Fax: 361/ 884-5239

**Vaughan E. Waters**
Federal ID. No. 9206
State Bar No. 20916700

*ATTORNEY FOR DEFENDANTS,
F. A. RICHARD & ASSOCIATES, INC. AND
JANE ROSAMOND*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the    10th    day of

September, 2002.

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas   78520
*Attorney for Plaintiff*

Vaughan E. Waters

*Page - 2 -*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **JUAN ESCOBEDO** | § | |
| | § | |
| | § | |
| **VS.** | § | CIVIL ACTION NO. **B 02-172** |
| | § | |
| **STEPHEN ESSES, M.D.;** | § | |
| **F. A. RICHARD & ASSOCIATES, INC.;** | § | |
| **AND JANE ROSAMOND** | § | |

## *CERTIFICATE OF NOTICE OF FILING*

The undersigned, attorney of record for the Defendants, **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND**, certifies that on the ___10th___ day of September, 2002, a copy of the Notice of Removal of this action was filed with the Clerk of the 103rd Judicial District Court in and for Cameron County, Texas and that written notice of filing of the Notice of Removal was mailed to counsel for Plaintiff in this action; however, Co-Defendant, STEPHEN ESSES, M.D., has not made an appearance in this suit to the best of our knowledge and therefore notification of Defendants, **F. A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND's** Notice of Removal was not given to Co-Defendant, STEPHEN ESSES, M.D. Attached to the notices were copies of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

*Page - 1 -*

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
   DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471
Tel: 361/ 884-2037
Fax: 361/ 884-5239

**Vaughan E. Waters**
Federal ID. No. 9206
State Bar No. 20916700

***ATTORNEY FOR DEFENDANTS,
F. A. RICHARD & ASSOCIATES, INC. AND
JANE ROSAMOND***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served in accordance with the Federal Rules of Civil Procedure, on this the __10th__ day of September,

2002.

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
*Attorney for Plaintiff*

Vaughan E. Waters

*Page - 2 -*