IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| V. | § | C.A. NO.   B-02-172 |
| | § | |
| STEPHEN ESSES, M.D.; | § | |
| F.A. RICHARD & ASSOCIATES, INC.; | § | |
| AND JANE ROSAMOND | § | |

United States District Court
Southern District of Texas
FILED

OCT 0 4 2002

Michael N. Milby
Clerk of Court

### PLAINTIFF'S LIST OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

To the best of Plaintiff's knowledge, the only parties that are financially interested in this matter are:

1. Plaintiff Juan Escobedo;
2. Defendant Stephen Esses, M.D.;
3. Defendant F. A. Richard & Associates, Inc.
4. Jane Rosamond; and
5. Plaintiff's attorney, Michael R. Cowen, P.C., which has a contingent fee interest in any recovery Plaintiff may have.

Respectfully Submitted,

MICHAEL R. COWEN , P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (FAX)

_____
Michael R. Cowen, P.C.
Federal ID No. 19967
State Bar No. 00795306

**CERTIFICATE OF SERVICE**

On this the _____ day of October, 2002, a true and correct copy of the above and foregoing document sent to opposing counsel as indicated below:

**Via Fax No.: 361/884-5239
and Regular U.S. Mail**
Mr. Vaughn E. Waters
THORNTON, SUMMERS, BIECHLIN,
 DUNHAM & BROWN, L.C.
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, TX 78471

Michael R. Cowen