IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: B-02-172 |
| | § | |
| STEPHEN ESSES, M.D., | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## *DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES*

NOW COME **F.A. RICHARD & ASSOCIATES, INC.** and **JANE ROSAMOND**, Defendants in the above-styled and numbered cause, and pursuant to the Court's Order Setting Conference, respectfully shows the Court as follows:

I.

Defendants, F.A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND, submit that the following persons and/or entities are financially interested in the outcome of this litigation:

A. Juan Escobedo;

B. Stephen Esses, M.D.;

C. F.A. Richard & Associates, Inc.;

D. Jane Rosamond; and

E. CNA Global Speciality Lines - insurance carrier for Defendants F. A. Richard & Associates, Inc., and Jane Rosamond

*Page 1*

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN, DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471
361/884-2037  Fax No. 361/884-5239

_____
Vaughan E. Waters
State Bar No. 20916700  Fed. I.D. 9206
*Attorney for Defendants F. A. Richard & Associates, Inc., and Jane Rosamond*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the 7th day of October, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

_____
Vaughan E. Waters

*Page 2*