# OFFICERS RETURN OF SERVICE

COUNTY: FEDERAL B'VILLE     CASE # B-02-172           COURT
                                             Clt. Ref.#                          Clt.#    639

JUAN ESCOBEDO

VS

STEPHEN ESSES, M.D., F.A. RICHARD & ASSOCIATES, INC., AND
JANE ROSAMOND

United States District Court
Southern District of Texas
FILED

OCT 21 2002

Michael N. Milby
Clerk of Court

The documents came to hand for service on 10/08/02   Time: 14:00:00

Documents received for service:

**SUMMONS IN A CIVIL CASE, CERTIFICATE OF NOTICE OF FILING,
ORIGINAL PETITION**

The documents were delivered on **10/11/02   Time: 14:00:00**

Executed at: 6560 Fannin St., Suite 2040
              Houston, TX 77030

to the following: **Esses, Stephen, M.D.**
                  **By Certified Mail 7099 3220 0001 2240**

____  PERSONALLY delivering the document(s) to the person above.
____  SUBSTITUTE SERVICE per Order by delivering to _____ in person
      who is sixteen (16) years of age or older, at the above listed address which is the
      usual place of abode/business of the above named person.
____  POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Eddie M Gonzalez _____ ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices

Service Fee: _____              Eddie M Gonzalez
                                     Professional Civil Process Brownsville
Witness Fee Tendered: _____     700 Paredes Ave. Suite 208
                                     Brownsville, Texas 78520

STATE OF TEXAS }
                      VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn stated that he has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts therein contained are true
and correct. Given my hand and seal of office this ____ day of _____ 2002.

PCP Inv. #R1002   41
                                     NOTARY PUBLIC FOR THE STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

B-02-172

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Stephen Esses, M.D.
   6560 Fannin St. Ste 2040
   Houston TX 77030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name): Ivy Chung
C. Date of Delivery: 10/11/02
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

HOUSTON TX
OCT 11 2002
77054

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0001 2240 0708

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-0381

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: Stephen Esses, M.D. Houston TX 77030

| | |
|---|---|
| Postage | $ 1.52 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.57 |

UNIT ID: 0056
Postmark Here
Clerk: KT4C40
10/09/02

Name (Please Print Clearly) (To be completed by mailer)
Stephen Esses, M.D.
Street, Apt. No.; or PO Box No.
6560 Fannin St. Suite 2040
City, State, ZIP+4
Houston TX 77030

7099 3220 0001 2240 0708

PS Form 3800, July 1999   See Reverse for Instructions