7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-172 |
| | § | |
| STEPHEN ESSES, M.D., F.A. RICHARD & | § | JURY DEMANDED |
| ASSOCIATES, INC. AND | § | |
| JANE ROSAMOND | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Disclosure of Interested Parties, Defendant Stephen Esses, M.D., files this Certificate of Interested Parties:

I.

The undersigned counsel of record states to the best of his knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1.  Juan Escobedo
2.  F.A. Richard & Associates, Inc.
3.  Stephen Esses, M.D.
4.  Jane Rosamond
5.  Baylor College of Medicine

II.

The undersigned counsel of record further certifies that the following is a full and complete list of all persons and firms serving as attorneys for the parties in this proceeding at this time:

3.  Jeffrey McClure
4.  Andrews & Kurth L.L.P.

HOU:2081627.1

5.    Michael R. Cowen, P.C.
4.    Vaughan E. Waters
5.    Thornton, Summers, Biechlin, Dunham & Brown, L.C.

Submitted this 30th day of October, 2002.

Respectfully submitted,

ANDREWS & KURTH, L.L.P.
600 Travis, Suite 4200
Houston, Texas 77002
Tel:    (713) 220-4200
Fax:    (713) 220-4285

Jeffrey B. McClure
State Bar No: 13428200
Federal ID: 5128

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the 30ᵗʰ day of October, 2002.

Mr. Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Vaughn E. Waters
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
Bank of America, Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471

Jeffrey B. McClure