IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN ESCOBEDO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-172 |
| § | |
| STEPHEN ESSES, M.D., F.A. RICHARD & § | JURY DEMANDED |
| ASSOCIATES, INC. AND § | |
| JANE ROSAMOND § | |

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Stephen Esses, M.D., hereby demands a trial by jury.

Respectfully submitted,

ANDREWS & KURTH, L.L.P.
600 Travis, Suite 4200
Houston, Texas 77002
Tel:   (713) 220-4200
Fax:   (713) 220-4285

_____
Jeffrey B. McClure
State Bar No: 13428200
Federal ID: 5128

HOU:2081658.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the 30 day of October, 2002.

Mr. Michael R. Cowen
Michael R. Cowen, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Vaughn E. Waters
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
Bank of America, Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471

Jeffrey B. McClure

HOU:2081658.1