United States District Court
Southern District of Texas
FILED

DEC 1 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN ESCOBEDO | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO: B-02-172 |
| | § |
| STEPHEN ESSES, M.D. | § |
| F.A. RICHARD & ASSOCIATES, INC. | § |
| and JANE ROSAMOND | § |

## AGREED MOTION ALLOWING APPEARANCE OF ATTORNEY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES F.A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND, Defendants, and files this motion requesting leave of court to allow Rafael Garcia, Jr. Of Thornton, Summers, Biechlin, Dunham & Brown, L.C. (McAllen office) to attend the Initial Pre-Trial and Scheduling Conference set for December 12, 2002, at 1:30 p.m., and in support thereof, shows onto the Court the following:

I.

The Attorney in Charge for F.A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND in this case is Vaughan E. Waters of Thornton, Summers, Biechlin, Dunham & Brown, L.C. (Corpus Christi office). Mr. Waters will not be able to attend the said conference in this case because of this participation at the firm's sponsored CLE seminar.

Defendants F.A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND heretofore requests leave of court to allow Rafael Garcia, Jr. to attend for Vaughan E. Waters. Mr. Garcia has knowledge of the case and can consent to schedules and issues that may develop.

WHEREFORE, PREMISES CONSIDERED, said Defendants request that Rafael Garcia be

allowed to attend in place of Vaughan E. Waters at the said conference set for December 12, 2002.

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
 DUNHAM & BROWN, L.C.
Bank of America, Suite 100
500 North Shoreline Boulevard
Corpus Christi, Texas 78471
(361) 884-2037
(361) 884-5239 fax


BY: _____
Vaughan E. Waters
Federal No. 9206
ATTORNEY FOR DEFENDANTS
F.A. RICHARD & ASSOCIATES, INC.,
AND JANE ROSAMOND

## CERTIFICATE OF CONSULTATION

This is to certify that Plaintiff's counsel, Michael Cowen, and co-Defendant Stephen Esses' counsel, Kathy Straham, have been consulted by telephone regarding the filing of this motion requesting leave of court to allow Rafael Garcia to attend the said conference set for December 12, 2002, and are not opposed to filing of such motion.

_____
Vaughan E. Waters

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the 12th day of December, 2002.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Jeff McClure
Ms. Kathy Strahan
**ANDREWS & KURTH**
600 Travis, Suite 4200
Houston, Texas 77002

_____
Vaughan E. Waters