THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 12 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-172 | DATE & TIME: 12-12-02 AT 1:30 P.M. |
| JUAN ESCOBEDO | PLAINTIFF(S) COUNSEL: MICHAEL COWEN |
| VS. | |
| STEPHEN ESSES, M.D. ET AL. | DEFENDANT(S) COUNSEL: JEFFREY McCLURE / VAUGHAN WATERS |

---

Attorneys Michael Cowen, Rafael Garcia, Jr. in lieu of Vaughan Waters appeared in chambers and Katherine Strahan in lieu of Jeffrey McClure appeared telephonically.

Parties will submit an agreed scheduling order.

Trial will be in September, 2003.