IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN ESCOBEDO | § |
| VS. | § § § § § § |
| STEPHEN ESSES, M.D. F.A. RICHARD & ASSOCIATES, INC and JANE ROSAMOND | § § § § |

CIVIL ACTION NO: B-02-172

### AGREED ORDER ALLOWING APPEARANCE OF ATTORNEY

On the 12th day of December, 2002, came on to be heard the Agreed Motion of the parties allowing Rafael Garcia of Thornton, Summers, Biechlin, Dunham & Brown, L.C. to appear as Attorney in Charge for Vaughan E. Waters, at the Initial Pre-Trial and Scheduling Conference set for December 12, 2002. It apperas to the Court that this motion is agreed, and should be GRANTED;

**IT IS THEREFORE, ORDERED,** that Rafael Garcia, Jr. shall be allowed to attend as the Attorney in Charge for Defendants F.A. RICHARD & ASSOCIATES, INC., and JANE ROSAMOND at the said conference set for December 12, 2002.

SIGNED this 12 date of December, 2002.

_____
U.S. DISTRICT JUDGE PRESIDING
      Magistrate