IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| V. | § | C.A. NO.   B-02-172 |
| | § | |
| STEPHEN ESSES, M.D.; | § | |
| F.A. RICHARD & ASSOCIATES, INC.; | § | |
| AND JANE ROSAMOND | § | |

## NOTICE OF FILING OF EXPERT REPORT
### *PURSUANT TO § 13.01(D)(1) OF ARTICLE 4590I*

NOTICE IS HEREBY GIVEN that JUAN ESCOBEDO, Plaintiff herein, files the expert report and curriculum vitae of JOSE KURI, M.D., with respect to STEPHEN ESSES, M.D.; F.A. RICHARD & ASSOCIATES, INC., AND JANE ROSAMOND Defendants in the above-styled, pursuant to § 13.01(d)(1) of the Revised Civil Statutes of Texas.

Respectfully submitted,

MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

*Michael R. Cowen, P.C.*
Michael R. Cowen
Texas Bar No. 00795306
S.D. Tex. I.D. 19967
Conrad Bodden
Texas Bar No. 00796220
S.D. Tex. I.D. No. 21003
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On this the __27__ day of January, 2003 a true and correct copy of the foregoing document was sent to opposing counsel in the manner indicated below:

Mr. Vaughn E. Waters
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, TX 78471

Mr. Jeffrey B. McClure
ANDREWS & KURTH, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002

_____
Michael R. Cowen

**4590i EXPERT REPORT**

My name is Jose Kuri, M.D. I am a neurosurgeon practicing in Brownsville, Texas.

I am actively practicing medicine, and I was practicing medicine at all times relevant to this report. I have actively practiced neurosurgery for several decades and treat patients in my neurosurgery practice. I was a practicing neurosurgeon on September 26, 2000.

As part of my neurosurgery practice, I have performed numerous surgeries on the lumbar spine, including instrumentation and fusions. I have also assisted in numerous instrumentations and fusions of the lumbar spine. This experience, together with my education and training, gives me knowledge of the accepted standards of medical care for the diagnosis, care, and treatment of the illness, injury, or condition involved in Juan Escobedo's claim–specifically, the care and treatment of lumbar disc injuries following a previous surgery.

I have reviewed the medical records of Juan Escobedo from Dr. Steven Esses, Dr. Madhavan Pisharodi, and Dr. Eric Six. On September 26, 2000, Dr. Esses performed surgery on Juan Escobedo. The preoperative diagnosis included status post decompression, L4-5; status post decompression, L5-S1; status post soft fusion L4-5; status post soft fusion, L5-S1; degenerative disc disease, L4-5; degenerative disc disease, L5-S1; spinal stenosis, L4-5; spinal stenosis, L5-S1; **hypermobility, L4-5**; and **hypermobility, L5-S1.** Dr. Esses performed the following procedures: decompression L4-5; decompression, L5-S1; bilateral foraminotomy, L4-5; bilateral foraminotomy, L5-S1; partial laminectomy, L4; complete laminectomy, L5; bone graft harvesting from the right iliac crest; segmental instrumentation with Miami-Moss implant, L4, L5, S1; posterolateral fusion, L4-5; and posterolateral fusion, L5-S1.

When performing a lumbar fusion with instrumentation on a patient with hypermobility in the surgical levels, the standard of medical care is to use cross links to stabilize the fusion. The cross links give the spine the stability it needs. Without cross links, it is very likely that a patient with hypermobility at L4-5 and L5-S1 who undergoes a fusion with instrumentation at those same levels will not get relief from the surgery.

By not using cross links to stabilize the fusion, Dr. Steven Esses failed to meet the standard of medical care when performing surgery on Mr. Escobedo. The failure to use cross links resulted in a surgery that did not provide him with relief. As such, Mr. Escobedo continues to suffer from severe back pain to this day. This result was proximately caused by Dr. Esses' failure to use cross links. In reasonable medical probability, Mr. Escobedo's current condition would have been substantially better if cross links had been used to stabilize the fusion. His spine would be more stable, and his pain would be less. Most importantly, he would not currently need a second surgery at the same levels as the surgery performed by Dr. Esses on September 26, 2000.

_[signature]_
Jose Kuri, M.D.

JOSE KURI, M.D.
3 TED HUNT BLVD., #1400
BROWNSVILLE, TEXAS 78521

CURRICULUM VITAE

DATE OF BIRTH: MAY 10, 1925
PLACE OF BIRTH: SAN MIGUEL, EL SALVADOR - CENTRAL AMERICA

GRADUATED FROM THE UNIVERSITY OF EL SALVADOR MEDICAL SCHOOL ON: 11/29/48

FROM 1949 TO 1953, PRACTICED GENERAL SURGERY AT THE HOSPITAL ROSALES, WHICH IS A KIND OF UNIVERSITY HOSPITAL, AFFILIATED WITH THE MEDICAL SCHOOL.

JULY 1952 TO JUNE 1953: STUDIED SURGICAL PATHOLOGY AT COLUMBIA MEDICAL CENTER, COLUMBIA UNIVERSITY, NEW YORK, NEW YORK.

1953 TO 1956: WAS IN FULL RESIDENCY PROGRAM IN NEUROLOGICAL SURGERY AT THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON, TEXAS.

1956 TO 1975: PRACTICED ONLY NEUROLOGY AND NEUROLOGICAL SURGERY IN SAN SALVADOR, EL SALVADOR AT THE FOLLOWING HOSPITALS:

HOSPITAL ROSALES
HOSPITAL MILITAR
HOSPITAL DEL INSTITUTO SALVADORENO DEL SEGURO SOCIAL
HOSPITAL PSIQUIATRICO

IN PRIVATE PRACTICE.

1958 - 1967: EXECUTIVE SECRETARY AND FOUNDER OF THE SALVADOREAN ASSOCIATION FOR THE REHABILITATION OF THE CRIPPLED, SAN SALVADOR, EL SALVADOR, CENTRAL AMERICA.

FEBRUARY 1, 1959 TO MARCH 1963: WAS DEAN OF THE FACULTY OF MEDICINE UNIVERSITY OF EL SALVADOR IN SAN SALVADOR, EL SALVADOR, CENTRAL AMERICA.

CURRICULUM VITAE - PAGE 1

JOSE KURI, M.D.
3 TED HUNT BLVD., #1400
BROWNSVILLE, TEXAS 78521


CURRICULUM VITAE (CONTINUED):

JULY 1, 1967 TO JUNE 30, 1970: GENERAL DIRECTOR OF SALVADOREAN INSTITUTO SOCIAL, SAN SALVADOR, EL SALVADOR, CENTRAL AMERICA.

SINCE NOVEMBER, 1975 TO PRESENT, HAVE BEEN PRACTICING IN BROWNSVILLE, TEXAS. LIMITED TO NEUROLOGICAL SURGERY AND NEUROLOGY.

AFFILIATED WITH VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE MEDICAL CENTER, AND MCALLEN MEDICAL CENTER.

MEMBER OF THE FOLLOWING MEDICAL ASSOCIATIONS:

AMERICAN BOARD OF NEUROLOGICAL SURGEONS
TEXAS MEDICAL ASSOCIATION
TEXAS NEUROLOGICAL ASSOCIATION
AMERICAN MEDICAL ASSOCIATION
FELLOW OF THE AMERICAN COLLEGE OF SURGEONS
CONGRESS OF NEUROLOGICAL SURGEONS
CAMERON-WILLACY COUNTY MEDICAL SOCIETY
AMERICAN COLLEGE OF FORENSIC EXAMINERS
AMERICAN BOARD OF FORENSIC EXAMINERS — 5/24/96 /# 3570

OCTOBER 25 TO OCTOBER 29, 1977: ATTENDED CONGRESS OF NEUROLOGICAL SURGERY, NEW ORLEANS, LOUISIANA.

1977 - 1988: PROFESSOR OF NEUROLOGY & NEUROSURGERY, FACULTY OF MEDICINE, MATAMOROS BRANCH OF THE UNIVERSITY OF TAMAULIPAS, MATAMOROS, TAMAULIPAS, MEXICO

MAY 11 TO MAY 13, 1978: ATTENDED TEXAS NEUROLOGICAL ASSOCIATION MEETING IN NEW ORLEANS, LOUISIANA.

1979 - 1980: SECRETARY/TREASURER, BROWNSVILLE MEDICAL CENTER MEDICAL STAFF, BROWNSVILLE, TEXAS.

1980 - 1981: CHIEF OF STAFF OF THE MEDICAL STAFF, VALLEY COMMUNITY HOSPITAL, BROWNSVILLE, TEXAS.

JOSE KURI, M.D.
3 TED HUNT BLVD., #1400
BROWNSVILLE, TEXAS 78521


CURRICULUM VITAE (CONTINUED):

SINCE 1982: CHARTER MEMBER OF THE NATIONAL ASSOCIATION OF DISABILITY EVALUATING PHYSICIANS.

1989 TO THE PRESENT TIME: MEDICAL DIRECTOR OF THE REHABILITATION UNIT AT VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS.

JANUARY 1992 TO DECEMBER 1992: MEMBER EXECUTIVE COMMITTEE OF THE MEDICAL STAFF OF VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS.

JANUARY 1993 TO DECEMBER 1993: CHIEF OF STAFF OF THE MEDICAL STAFF OF VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS.


NEUROSURGERY, BAYLOR UNIVERSITY, DALLAS, TEXAS
"THE SOUTHMOST MICROSURGICAL TECHNIQUES WORKSHOP IN NEUROSURGERY."
MAY 22-27, 1978.   40 HOURS

TANS AND TMA (SECTION OF NEUROLOGICAL SURGERY), SAN ANTONIO, TEXAS:
"STROKE SYMPOSIUM"
MAY 11-13, 1978.   9 HOURS


UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO. SAN ANTONIO, TEXAS
"CHALLENGE OF THE LUMBAR SPINE"
DECEMBER 15-16, 1978.   10 HOURS

UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO, TEXAS.
"PRACTICAL NEUROLOGY"
AUGUST 15-16, 1979.   16 HOURS

EAST COAST SEMINAR, MIAMI, FLORIDA
"INTENSIVE CARE FOR NEUROLOGICAL DISEASE & TRAUMA"
MARCH 4-8, 1981.   21 HOURS

JOSE KURI, M.D.
3 TED HUNT BLVD., #1400
BROWNSVILLE, TEXAS 78521


CURRICULUM VITAE (CONTINUED):

PRESBYTERIAN HOSPITAL, OKLAHOMA CITY, OKLAHOMA
"CLOSED HEAD INJURY SEMINAR"
APRIL 30 - MAY 1, 1982.   14 HOURS

TOKYO, KYOTO, SINGAPORE & HONG KONG MEDICAL CENTERS
"FAR EAST SEMINAR ON SOME CONCEPTS OF MEDICINE IN JAPAN"
OCTOBER 3-17, 1982.   24 HOURS

HOUSTON, TEXAS
"CHYMOPAPAIN IN LUMBAR DISC DISEASE SYMPOSIUM"
MAY 19, 1983.   6 HOURS

BAYLOR COLLEGE OF MEDICINE, HOUSTON TEXAS
"THERMOGRAPHY IN NEUROMUSCULOSKELETAL DISORDERS"
MARCH 30 - APRIL 1, 1984.   18 HOURS

THE HOUSTONION HOTEL, HOUSTON, TEXAS
22ND ANNUAL ST. LUKE'S EPISCOPAL HOSPITAL ORTHOPEDIC SYMPOSIUM
"CONTROVERSIES IN LUMBAR SPINE SURGERY"
MAY 2-4, 1986.   22 HOURS

VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS
"ANTIBIOTICS - HOW TO COMPARE THE OLD AND THE NEW"
JUNE 25, 1987.   1 HOUR


VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS
"BIOCHEMICAL PROPERTIES OF ZINC"
SEPTEMBER 24, 1987.   1 HOUR

VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS
"FETAL MONITORING"
OCTOBER 27, 1987.   1 HOUR

VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS
"TOTAL PARENTERAL NUTRITION"
JANUARY 28, 1988.   1 HOUR

CURRICULUM VITAE - PAGE 4

JOSE KURI, M.D.
3 TED HUNT BLVD., #1400
BROWNSVILLE, TEXAS 78521


CURRICULUM VITAE (CONTINUED):

THE COOK COUNTY GRADUATE SCHOOL OF MEDICINE, THE HOLIDAY INN, CHICAGO CITY CENTRE, CHICAGO, ILLINOIS
"REVIEW COURSE IN NEUROLOGICAL SURGERY"
FEBRUARY 2-11, 1990


VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS
"UPDATE ON AIDS/HEPATITIS A, B AND C"
1 HOUR

VALLEY REGIONAL MEDICAL CENTER, BROWNSVILLE, TEXAS
"THE MEDICAL RISK MANAGEMENT PROGRAM FOR PHYSICIANS"
JULY 20-21, 1990.   15 HOURS

HILTON HEAD ISLAND, SOUTH CAROLINA
"LASERSCOPE - THE KTP/532 LASER DISC DECOMPRESSION WORKSHOP"
OCTOBER 23 & 24, 1992

TEXAS HEART INSTITUTE
"DIAGNOSIS AND TREATMENT OF DISEASES OF THE CERVICAL SPINE"
APRIL 12-24, 1993.   14 HOURS

AMERICAN ACADEMY OF DISABILITY EVALUATING PHYSICIANS, HOUSTON, TEXAS
"AADEP/TWCC, AMA GUIDES THIRD EDITION (2ND PRINTING) COURSE"
JUNE 26-27, 1993.   12.5 HOURS

CHICAGO HYATT REGENCY, CHICAGO, ILLINOIS
"CONGRESS OF NEUROLOGICAL SURGEONS 1994 ANNUAL MEETING"
OCTOBER 1-6, 1994.   34.25 HOURS

SHERATON BEACH RESORT, SOUTH PADRE ISLAND, TEXAS
"ANTIBIOTIC RESISTANCE AND ENT TREATMENT #077-5"
FEBRUARY 11, 1995.   4 HOURS

RADISSON HOTEL, DALLAS, TEXAS
"IMPAIRMENT EVALUATION UNDER WORKERS' COMPENSATION"

JOSE KURI, M.D.
3 TED HUNT BLVD., #1400
BROWNSVILLE, TEXAS 78521


CURRICULUM VITAE (CONTINUED):

OCTOBER 6-8, 1995.   12 HOURS BASIC COURSE.   11 HOURS ADVANCED COURSE.


RADISSON HOTEL, DALLAS, TEXAS
"IMPAIRMENT EVALUATION UNDER WORKERS' COMPENSATION"
AUGUST 16-17, 1996.   18 HOURS

KNAPP MEDICAL CENTER, WESLACO, TEXAS
"CLINICAL MEDICINE UPDATE"
NOVEMBER 22, 1996.   4 HOURS

THE UNIVERSITY OF TEXAS-HOUSTON MEDICAL SCHOOL DEPT. OF NEUROSURGERY AND THE OFFICE OF CONTINUING MEDICAL EDUCATION AND THE CRANIAL INJURY ASSOCIATION, INC.
"MANAGEMENT OF SEVERE HEAD INJURY" - FOUR SEASONS HOTEL, HOUSTON, TEXAS
MARCH 7-8, 1997.   12 HOURS

RADISSON RESORT, SOUTH PADRE ISLAND, TEXAS - KNAPP MEDICAL CENTER
" THE FIFTH ANNUAL RIO GRANDE VALLEY MEDICAL EDUCATION CONFERENCE"
APRIL 25-26, 1997.   16 HOURS

TMA - RADISSON - DALLAS, TEXAS
"IMPAIRMENT EVALUATION UNDER WORKERS' COMPENSATION"
NOVEMBER 7-8, 1997   19 HOURS - CATEGORY 1 - PRA/AMA

MEDICAL DIRECTOR, REHABILITATION & SNF, VALLEY REGIONAL MEDICAL CENTER, 1992 TO PRESENT