IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 06 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| V. | § | C.A. NO. B-02-172 |
| | § | |
| STEPHEN ESSES, M.D.; | § | |
| F.A. RICHARD & ASSOCIATES, INC.; | § | |
| AND JANE ROSAMOND | § | |

### CERTIFICATE OF WRITTEN DISCOVERY

The following document was served on counsel for Defendant, **STEPHEN ESSES, M.D.**, on the 6th day of February, 2003:

1) Plaintiff Juan Escobedo's Objections, Answers and Responses to Defendant Stephen Esses, M.D.'s First Set of Interrogatories and Request for Production.

Respectfully submitted,

**MICHAEL R. COWEN, P.C.**
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

_____
Michael R. Cowen
Texas Bar No. 00795306
State Bar No. 00795306
S.D. Tex. I.D. 19967
Conrad Bodden
Texas Bar No. 00796220
S.D. Tex. I.D. 21003
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the ___6th___ day of February, 2003, a true and correct copy of the above and foregoing document sent to opposing counsel as indicated below:

**CMRRR#7001-1940-0005-1493-9050**
Mr. Jeffrey B. McClure
Ms. M. Katherine Strahan
ANDREWS & KURTH, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002

**Regular U.S. Mail**
Mr. Joseph L. Segrato
Mr. Vaughn E. Waters
THORNTON, SUMMERS, BIECHLIN,
 DUNHAM & BROWN, L.C.
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, TX 78471

Michael R. Cowen/Conrad Bodden