United States District Court
Southern District of Texas
FILED

FEB 06 2003

Michael N. Milby
Clerk of Court

## LAW OFFICES OF
# MICHAEL R. COWEN, P.C.

520 E. Levee Street • Brownsville, Texas 78520
Telephone 956/541-4981 • Facsimile 956/504-3674

MICHAEL R. COWEN
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

MICHAEL J. BLANCHARD

February 3, 2003

M. Katherine Strahan             <u>Via Fax No.: 713-238-7240 (Direct Fax)</u>
Jeffrey B. McClure
ANDREWS & KURTH, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002

Re:  C.A. No. B-02-172
     Juan Escobedo v. Stephen Esses, M.D.; F.A. Richard & Associates, Inc.;
     and Jane Rosamond

Dear Ms. Strahan:

This will confirm that you have granted us an extension until **Thursday, February 6, 2003** to file our answers, responses and/or objections to your First Set of Interrogatories and Request for Production directed to my client, **Juan Escobedo**, in the above referenced matter. Our answers, responses and/or objections will now be **due on or before Thursday, February 6, 2003.**

Please sign below and return same to us by fax for filing with the Court.

Thank you for your cooperation in this matter.

Sincerely,

MICHAEL R. COWEN, P.C.

*Michael R. Cowen /w permission by Lucio*

Michael R. Cowen

MRC/jol

Agreed: _M. Katherine Strahan_____  Date: 2/4/03