IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| V. | § | C.A. NO.   B-02-172 |
| | § | |
| STEPHEN ESSES, M.D.; | § | |
| F.A. RICHARD & ASSOCIATES, INC.; | § | |
| AND JANE ROSAMOND | § | |

United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

## CERTIFICATE OF WRITTEN DISCOVERY

The following documents were served on counsel for Defendant, **STEPHEN ESSES, M.D.**, and Defendants, **F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND**, on the 4th day of March, 2003:

1) Plaintiff Juan Escobedo's Interrogatories to Defendant Stephen Esses;

2) Plaintiff Juan Escobedo's Request for Production to Defendant Stephen Esses;

3) Plaintiff Juan Escobedo's Interrogatories to Defendant, F. A. Richard & Associates, Inc.;

4) Plaintiff Juan Escobedo's Request for Production to Defendant, F.A.Richard & Associates, Inc.;

5) Plaintiff Juan Escobedo's Interrogatories to Defendant, Jane Rosamond.;

6) Plaintiff Juan Escobedo's Request for Production to Defendant, Jane Rosamond; and,

7) Plaintiff's Initial Disclosures.

Respectfully submitted,

**MICHAEL R. COWEN, P.C.**
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

_____
Michael R. Cowen
Texas Bar No. 00795306
State Bar No. 00795306
S.D. Tex. I.D. 19967
Conrad Bodden
Texas Bar No. 00796220
S.D. Tex. I.D. 21003
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the ___4th___ day of March, 2003, a true and correct copy of the above and foregoing document sent to opposing counsel as indicated below:

| | |
|---|---|
| Mr. Jeffrey B. McClure<br>Ms. M. Katherine Strahan<br>ANDREWS & KURTH, L.L.P.<br>600 Travis, Suite 4200<br>Houston, TX 77002 | **CMRRR#7001-1940-0007-8401-7250** |
| Mr. Joseph L. Segrato<br>Mr. Vaughn E. Waters<br>THORNTON, SUMMERS, BIECHLIN,<br>    DUNHAM & BROWN, L.C.<br>Bank of America - Suite 1000<br>500 North Shoreline Blvd.<br>Corpus Christi, TX 78471 | **CMRRR#7001-1940-0007-8401-7267** |

_____
Michael R. Cowen/Conrad Bodden