17

United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| V. | § | C.A. NO. B-02-172 |
| | § | |
| STEPHEN ESSES, M.D.; | § | |
| F.A. RICHARD & ASSOCIATES, INC.; | § | |
| AND JANE ROSAMOND | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

The following documents were served on counsel for Defendants, **F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND**, on the 17th day of March, 2003:

1) PLAINTIFF'S OBJECTIONS, ANSWERS AND RESPONSES TO DEFENDANT F.A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS.

Respectfully submitted,

**MICHAEL R. COWEN, P.C.**
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

_____
Michael R. Cowen
Texas Bar No. 00795306
State Bar No. 00795306
S.D. Tex. I.D. 19967
Conrad Bodden
Texas Bar No. 00796220
S.D. Tex. I.D. 21003
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this the 17th day of March, 2003, a true and correct copy of the above and foregoing document sent to opposing counsel as indicated below:

**CMRRR#7001-1940-0007-8401-7229**
Mr. Joseph L. Segrato
Mr. Vaughn E. Waters
THORNTON, SUMMERS, BIECHLIN,
  DUNHAM & BROWN, L.C.
Bank of America - Suite 1000
500 North Shoreline Blvd.
Corpus Christi, TX 78471

**Regular U.S. Mail**
Mr. Jeffrey B. McClure
Ms. M. Katherine Strahan
ANDREWS & KURTH, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002

Michael R. Cowen/Conrad Bodden