IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-172 |
| | § | |
| STEPHEN ESSES, M.D., F.A. RICHARD & | § | JURY DEMANDED |
| ASSOCIATES, INC. AND | § | |
| JANE ROSAMOND | § | |

**SCHEDULING ORDER**

1. Trial: Estimated days to try: __5 days__
   ☐ Bench    ☒ Jury

2. New parties must be joined by: March 31, 2003

3. The plaintiff's experts will be named with a report furnished by: June 30, 2003

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's experts.

5. Discovery must be completed by: August 29, 2003

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: September 5, 2003

7. Joint pretrial order is due: September 30, 2003

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 8:30 a.m. on: October 2, 2003

9. Jury Selection is set for 9:00 a.m. on: October 3, 2003

10. The case will remain on standby until tried.

Signed ____March 26____, 2003, at Brownsville, Texas.

Andrew S. Hanen
United States District Judge