United States District Court
Southern District of Texas
FILED

JUN 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: B-02-172 |
| | § | |
| STEPHEN ESSES, M.D., | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## *DEFENDANTS F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ORIGINAL ANSWER*

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **F. A. RICHARD & ASSOCIATES, INC.** and **JANE ROSAMOND**, Defendants in the above-entitled and numbered cause, and file this their Motion for Leave to File First Amended Original Answer, and in support thereof would respectfully show this Honorable Court as follows:

I.

Prior to the removal of this cause to this Honorable Court, Defendants filed their Original Answer in the 103rd Judicial District Court of Cameron County, Texas. This answer included a general denial, as is authorized and approved under the Texas Rules of Civil Procedure.

II.

Defendants now wish to amend their answer to conform to the pleading requirements of the Federal Rules of Civil Procedure, as well as to assert, based upon further recent discovery undertaken in this cause, certain defenses and other matters in avoidance of liability in this cause. A true and

*Page - 1 -*

correct copy of the proposed Defendants F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND's First Amended Original Answer is attached hereto as Exhibit "A" and expressly incorporated herein by reference for all purposes.

A true and correct copy of this proposed amended pleading was submitted to counsel for Plaintiff, Mr. Michael Cowen, to request his agreement to the proposed filing. The undersigned counsel for Defendants has been unable to obtain a response from Mr. Cowen.

### III.

Rule 15(a), Federal Rules of Civil Procedure, provides in pertinent part that a party may amend a pleading, to which no responsive pleading is permitted, "at any time within twenty (20) days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires...".

The original answer served by Defendants upon Plaintiff was served prior to the removal of this action and thus prior to the date on which the Federal Rules of Civil Procedure came to govern this cause. Assuming, however, that Rule 15(a) governs the filing of the instant amended answer, Defendants would show that they have attempted in good faith to obtain the consent of the adverse party, and that justice requires that this amended pleading be permitted.

Accordingly, Defendants respectfully pray that this Honorable Court enter an order authorizing the filing of Defendants' First Amended Original Answer herein.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray that this Motion for Leave to File First Amended Original Answer be in all respects granted; and for such other and further relief, at law or in equity, to which Defendants might show themselves justly entitled.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471
361/884-2037      Fax: 361/884-5239

_____
Vaughan E. Waters
Federal ID No: 9206
State Bar No. 20916700
*Attorney for Defendants F. A. Richard &
Associates, Inc., and Jane Rosamond*

### CERTIFICATE OF CONFERENCE

I certify that Movant attempted to confer with Mr. Michael Cowen, on behalf of Plaintiff JUAN ESCOBEDO, but Mr. Cowen has not responded to Movant's attempts. Accordingly, I cannot represent to the Court whether counsel does or does not oppose said motion.

_____
Vaughan E. Waters

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the _20th_ day of June, 2003.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Jeff McClure
**ANDREWS & KURTH**
600 Travis, Suite 4200
Houston, Texas   77002

_____
Vaughan E. Waters

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: B-02-172 |
| | § | |
| | § | |
| STEPHEN ESSES, M.D., | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## *DEFENDANTS F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND'S FIRST AMENDED ORIGINAL ANSWER*

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME F. A. RICHARD & ASSOCIATES, INC. (hereinafter "FARA") and JANE ROSAMOND (hereinafter "ROSAMOND"), Defendants in the above entitled and numbered cause, and file this their First Amended Original Answer to the Original Petition filed by Plaintiff JUAN ESCOBEDO, and would respectfully show this Honorable Court as follows:

**I.
JURISDICTION AND PARTIES**

This cause was original filed by Plaintiff in the 103rd Judicial District of Cameron County, Texas on August 5, 2002, whence it was removed by Defendants FARA and ROSAMOND on September 11, 2002. Prior to removal, on August 28, 2002, said Defendants filed their Original Answer and Jury Demand in the state district court proceeding. Accordingly, the instant First Amended Original Answer is the first amended or supplemental pleading filed by said Defendants in this cause before this Honorable Court.



*Page - 1 -*

## II.
## ANSWER

Addressing *seriatim* the allegations contained in Plaintiff's Original Petition, Defendants plead as follows:

(1) Defendants admit to those statements of identification of the parties contained in section II of Plaintiff's Original Petition, without admitting to whether any such party is a proper party to this action. In admitting that Defendant FARA is "a corporation doing business in Cameron County, Texas", Defendants do not admit that FARA has its principal office in that county.

(2) As to the venue allegations contained at section III of Plaintiff's Original Petition, Defendants admit that Defendant ROSAMOND resides in Cameron County, Texas.

(3) As to the first paragraph of section IV (Facts) of Plaintiff's Original Petition, Defendants admit only the first sentence of that paragraph; Defendants otherwise deny all statements contained in the paragraph.

(4) Defendants deny the statements contained in the second paragraph of section IV in their entirety.

(5) Defendants deny the statements contained in the third paragraph of section IV in their entirety, save and except that Defendants agree that Plaintiff eventually had a two level diskectomy.

(6) Defendants are without information and belief sufficient to admit or deny the allegations contained in the fifth paragraph of section IV, save and except that Defendants expressly deny that Defendant STEPHEN ESSES, M.D. performed a surgery on Plaintiff "in November 2000".

(7) Defendants deny all statements and allegations contained in the first paragraph of section V (Cause of Action) of Plaintiff's Original Petition.

(8)     Defendants deny all statements and allegations contained in the second paragraph of section V.

(9)     Defendants deny all statements and allegations contained in the third paragraph of section V.

(10)    Defendants deny all statements and allegations contained in the fourth paragraph of section V.

(11)    Defendants deny all statements and allegations contained in the fifth paragraph of section V.

## III.
## DEFENSES

By way of further answer and defense, Defendants would respectfully show this Honorable Court as follows:

(1)     Plaintiff has failed to state a claim against Defendants on which relief can be granted.

(2)     The damages and injuries of which Plaintiff complains were caused in whole or in part by Plaintiff and/or by other persons, firms or entities over which Defendants have no control; alternatively, the sole proximate cause of the damages and injuries complained of by Plaintiff were the acts and/or omissions of Plaintiff and/or of other persons, firms or entities over which Defendants have no control.

(3)     The claims and causes of action alleged by Plaintiff against these Defendants are pre-empted and barred by the Federal Longshoremen and Harbor Worker's Compensation Act (LHWCA), 33 U.S.C. §901 et. seq., thus precluding any claim or cause of action arising under state law as alleged against these Defendants herein. Further, said Defendants would show that the claims

*Page - 3 -*

and causes of action of Plaintiff herein against these Defendants are barred by the doctrines of res judicata and collateral estoppel, and by applicable federal law, by reason of Plaintiff's settlement of the underlying claims arising out of his work-related injury, as against his employer and his employer's LHWCA compensation carrier, on whose behalf these Defendants acted in conjunction with all matters pertaining to the adjustment and payment of Plaintiff's underlying LHWCA claim.

(4)　Subject to and without waiving the foregoing, Defendants reserves their right to elect the application of credit toward any judgment which may be obtained in this case.

(5)　Further subject to and without waiving the foregoing, Defendants reserve their right to a determination by the trier of fact on the issues of the percentage responsibility of each Plaintiff, each Defendant, each contributing Defendant and each settling person.

(6)　Further subject to and without waiving the foregoing, Defendants reserve their right to a full reduction or limitation of any sums which may be recovered by Plaintiff, including, but not limited to, a reduction or limitation in accordance with the provisions of Chapter 41, Texas Civil Practice & Remedies Code.

(7)　Further subject to and without waiving the foregoing, Defendants reserve their right to contribution and/or indemnity from any other person or entity found to be liable to Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that upon a final hearing hereof, Plaintiff recover nothing of and from Defendants and that the Court enter a judgment that Defendants go hence without day with all costs of Court and expenses incurred herein; and for all such further relief, general, special, legal, and equitable, which might be appropriate.

Respectfully submitted,

**THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.**
Bank of America - Suite 1000
500 North Shoreline Boulevard
Corpus Christi, Texas 78471
361/884-2037    Fax: 361/884-5239

---

Vaughan E. Waters
Federal ID No: 9206
State Bar No. 20916700
*Attorney for Defendants F. A. Richard &
Associates, Inc., and Jane Rosamond*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the _____ day of June, 2003.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Jeff McClure
**ANDREWS & KURTH**
600 Travis, Suite 4200
Houston, Texas 77002

---

Vaughan E. Waters

*Page - 5 -*