23

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-02-172 |
| | § | |
| STEPHEN ESSES, MD | § | |

TYPE OF CASE:        __X__  CIVIL                              ____  CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING:   **DOCKET CALL and JURY SELECTION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS.
PLEASE COMPLY WITH THIS RULE.

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **THIRD FLOOR COURTROOM,  #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                 RESET  TO DATE AND TIME:

**Docket Call set for 10/02/03 @ 8:30 am**                 **9/30/03 @ 1:30 pm**
**Jury Selection set for 10/03/03 @ 9:00 am**                 **10/02/03 @ 9:00 am**

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_____
Irma A. Soto, Deputy Clerk

DATE: August 13, 2003

TO:  ALL COUNSEL OF RECORD