United States District Court
Southern District of Texas
FILED

AUG 2 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO: B-02-172 |
| | § | |
| STEPHEN ESSES, M.D., | § | |
| F. A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## *DEFENDANTS F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND'S UNOPPOSED MOTION FOR CONTINUANCE*

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME **F. A. RICHARD & ASSOCIATES, INC.** and **JANE ROSAMOND**, Defendants, and files this their Unopposed Motion for Continuance of this cause from its present trial setting; and in support thereof would respectfully show this Honorable Court as follows:

I.

By notice of August 13, 2003, this Honorable Court has reset docket call and jury selection for September 30, 2003 and October 2, 2003.

II.

The undersigned counsel for Defendants F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND would show that he is scheduled to undergo surgery during the middle of October, 2003, as a matter of medical necessity. Counsel will be hospitalized for approximately one week subsequent to this surgery, and will be incapable of traveling and trying cases for approximately three to four weeks subsequent to that period.

### III.

The undersigned has been in contact with Mr. Michael Cowen, counsel for Plaintiff JUAN ESCOBEDO, and Ms. M. Katherine Strahan, counsel for co-Defendant STEPHEN ESSES, M.D., who do not oppose such continuance.

### IV.

In view of the foregoing, the undersigned counsel for Defendant respectfully prays that this Honorable Court remove this cause from its present settings, and enter a new scheduling order resetting this case to a later date.

### V.

This continuance is not sought for delay only, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendants F. A. RICHARD & ASSOCIATES, INC. and JANE ROSAMOND respectfully pray that this Unopposed Motion for Continuance be granted in its entirety, and a new scheduling order be entered upon the docket of this Honorable Court; and for such other and further relief, at law or in equity, to which Defendants might show themselves justly entitled.

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Mr. Michael Cowen, on behalf of Plaintiff JUAN ESCOBEDO, and with Ms. M. Katherine Strahan, on behalf of co-Defendant STEPHEN ESSES, M.D., who do not oppose such continuance.

_____
Vaughan E. Waters

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, on this the 25th day of August, 2003.

Mr. Michael R. Cowen
**MICHAEL R. COWEN, P.C.**
765 E. 7th Street, Suite A
Brownsville, Texas 78520

Mr. Jeff McClure
Ms. M. Katherine Strahan
**ANDREWS & KURTH**
600 Travis, Suite 4200
Houston, Texas   77002

_____
Vaughan E. Waters