

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAIME PEQUENO-MARTINEZ ) | |
| ) | |
| v. ) | C.A. No. B-02-214 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, ) | |
| and ) | |
| JOHN ASHCROFT, ATTORNEY ) | |
| GENERAL OF THE UNITED STATES. ) | |

## UNOPPOSED MOTION FOR CONTINUED ABATEMENT OF CASE

Jaime Pequeno-Martinez, Petitioner, files this Unopposed Motion to Continue Abatement, and shows as follows:

1. This Honorable Court stayed the proceedings in this instant case on September 9, 2003, pending the entry of a dispositive District Court order in *Laura Estela Salazar-Regino, et al v. E.M. Trominski, INS District Director*, et al, Cause No. B-02-045(S.D. Tex.--Brownsville Division). A dispositive District Court order in *Salazar-Regino v. Trominski* was entered on October 2, 2003. The *Salazar-Regino* Petitioners have since filed their Notice of Appeal to the Court of Appeals for the Fifth Circuit. The *Salazar-Regino* case is docketed before the Court of Appeals as No. 03-41492.

2. Petitioner in this motion seeks a continuation of the abatement until the *Salazar-Regino* case is finally decided and appeals exhausted. Because of the nature of the *Salazar-Regino* case and the fact that it presents arguments and issues of national importance, it is likely that the non-prevailing party before the Court of Appeals may seek review by the U.S. Supreme Court.

3. Petitioner asserts that the continuation of the abatement would promote judicial economy by allowing the development a final, non-appealable decision on a related case, that is, the *Salazar-Regino* case.

4. By telephone conference with Attorney for Respondents, Ms. Lisa Putnam, on

November 6, 2003, Petitioner's counsel confirmed with Ms. Putnam that the Respondents are unopposed to this motion.

Wherefore, the Petitioner prays that this Court continue the abatement of this case until the *Salazar-Regino* case reaches final, non-appealable stage and grant any other relief which this Court deems just and proper.

Respectfully Submitted,

Paula S. Waddle, Attorney in Charge
107 N. 3rd
Harlingen, TX 78550
(956) 425-6987
(956) 425-7434(fax)
State Bar No 26030400
Fed. I.D. No. 5674

## CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was delivered by certified mail return receipt requested to Ms. Lisa Putnam, SAUSA, DHS District Office, at 1701 Zoy, Harlingen, Texas 78550, this 10th day of November, 2003.

Paula S. Waddle

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAIME PEQUENO-MARTINEZ )<br>)<br>)<br>v.                                                        )<br>)<br>E.M. TROMINSKI, INS DISTRICT     )<br>DIRECTOR,                                   )<br>and                                                )<br>JOHN ASHCROFT, ATTORNEY     )<br>GENERAL OF THE UNITED STATES. ) | C.A. No. B-02-214 |

ORDER

The Petitioner's Unopposed Motion for Continuance of Abatement having been duly filed in the above-entitled proceeding, the Court having considered the Motion and having determined that the Motion should be granted, it is

**Ordered** that the Petitioner's Unopposed Motion for Continuance of Abatement be and hereby is granted in all things; the case shall be held in abeyance until a final, non-appealable dispositive order is entered in *Salazar-Regino v. Trominski* now on appeal to the Court of Appeals for the Fifth Circuit as Case No.03-41492, following which the parties shall be given sixty (60) days of the entry of said order to file any additional pleadings in this matter.

Dated:_____, 2003.

_____
Andrew S. Hanen
United States District Judge