UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-172 |
| | § | Jury |
| STEPHEN ESSES, M.D., | § | |
| F.A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

## ORDER

On the 5th day of August, 2003, the defendant Stephen Esses, M.D. filed his Motion for Summary Judgment. On September 9, 2003, the defendants F.A. Richard & Associates, Inc. and Jane Rosamond filed their Motion to Dismiss, or Alternatively Motion for Summary Judgment. Local Rules 7.3 and 7.4 of the Southern District of Texas state that a motion will be submitted to the judge twenty days after filing (August 25, 2003 and September 29, 2003, respectively, in this case) and that the failure to respond will be taken "<u>as a representation of no opposition</u>." Rule 7.4(a) plainly states that such responses must be filed by the submission date. This Court even went so far as to remind counsel in its Order of September 2, 2003, that motions for which there is no response are deemed unopposed. Yet counsel did not heed that warning. No response to either motion was filed by the response date(s). Indeed, no response to either motion has ever been filed. Consequently, these motions, pursuant to the Rules, are unopposed. That being the case, this Court hereby grants the defendants' motion for summary judgments.

Signed this 14th day of October, 2003.

Andrew S. Hanen
United States District Judge