UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-172 |
| | § | Jury |
| STEPHEN ESSES, M.D., | § | |
| F.A. RICHARD & ASSOCIATES, INC. | § | |
| and JANE ROSAMOND | § | |

# FINAL JUDGMENT

On the 14th day of October, 2003, the Court having granted each of the Defendant's Motion for Summary Judgment hereby enters this final take nothing judgment.

It is therefore ordered that the Plaintiff take nothing in this action. All costs are to borne by the party incurring same.

Signed this 14th day of October, 2003.

_____
Andrew S. Hanen
United States District Judge