IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 05 2004
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-172 |
| STEPHEN ESSES, M.D., F.A. RICHARD & ASSOCIATES, INC. AND JANE ROSAMOND | § § § § | |
| Defendants. | § | |

**DEFENDANT STEPHEN ESSES, M.D.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR RELIEF FROM JUDGMENT**

Defendant Stephen Esses, M.D. ("Dr. Esses") files this Response in Opposition to Plaintiff Juan Escobedo's Amended Motion for Relief from Judgment ("Amended Motion"). In support thereof, Dr. Esses respectfully shows the Court as follows:

Dr. Esses opposes all relief requested in Plaintiff's Amended Motion for all the reasons set forth in Dr. Esses' Response to Motion for Relief From Judgment filed on December 2, 2003 (Docket Entry No. 31), and incorporates by reference all arguments and authorities set forth therein.

WHEREFORE, PREMISES CONSIDERED, Dr. Esses respectfully requests that this Court deny the relief requested in Plaintiff's Amended Motion for Relief from Judgment with prejudice and grant such other and further relief to which Dr. Esses may be entitled.

HOU:2256967.1

Respectfully submitted,

ANDREWS KURTH LLP

By: _____
Jeffrey B. McClure
State Bar No. 13428200
600 Travis Street, Suite 4200
Houston, Texas 77002-3090
(713) 220-4772 (Telephone)
(713) 220-4285 (Telecopier)

ATTORNEYS FOR DEFENDANT,
STEPHEN ESSES, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record by placing a copy thereof in the United States mail, postage prepaid, certified, return receipt requested, on this 2nd day of January, 2004, addressed as follows:

Michael R. Cowen
Michael R. Cowen, P.C.
520 E. Levee Street
Brownsville, Texas 78520

Vaughn E. Waters
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
Bank of America, Suite 1000
500 North Shoreline Blvd.
Corpus Christi, Texas 78471

_____
M. Katherine Strahan

2

HOU:2256967.1