UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JUAN ESCOBEDO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-172 |
| STEPHEN ESSES, M.D., | § | |
| F.A. RICHARD & ASSOCIATES, INC. | § | |
| AND JANE ROSAMOND | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has considered Plaintiff's Amended Motion for Relief From Judgment, Docket Entry Nos. 30 and 32 (Amended), hereinafter referred to as the "Motion." Upon consideration, the Court is of the opinion that the Motion should be DENIED in all respects; it is, therefore

ORDERED that the Motion is DENIED in all respects.

_____
UNITED STATES DISTRICT JUDGE

HOU:2146231.1